FILED
CHARLOTTE, NC

SEP 17 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. **3:24-CR-186-KDB** |
| | ) | |
| v. | ) | |
| | ) | **BILL OF INDICTMENT** |
| 1) WBLESTER HERNANDEZ-SANCHEZ | ) | |
| a/k/a "W" | ) | |
| a/k/a "Cocho" | ) | Violations: |
| 2) LUIS MARTIN MARTINEZ-PALMENO | ) | 21 USC § 846 |
| a/k/a "Jesus" | ) | 21 USC § 841(a)(1) |
| a/k/a "Micho" | ) | 18 USC § 2 |
| 3) GERARDO AGUSTIN SALINAS-ISAIS | ) | |
| 4) LEONARDO SANDOVAL-OCAMPO | ) | |
| a/k/a "El Flaco" | ) | |
| a/k/a "Antonio Hernandez" | ) | |
| a/k/a "Tony" | ) | |
| | ) | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
*(Conspiracy to Distribute and Possess with Intent to Distribute Heroin,
Methamphetamine, Cocaine and Fentanyl)*

From in or around November of 2022 and continuing until on or about May 27, 2023, in Gaston and Mecklenburg Counties, which are within the Western District of North Carolina, and elsewhere,

1) **WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho"**
2) **LUIS MARTIN MARTINEZ-PALMENO a/k/a "Jesus" a/k/a "Micho"**
3) **GERARDO AGUSTIN SALINAS-ISAIS**
4) **LEONARDO SANDOVAL-OCAMPO a/k/a "El Flaco"
a/k/a "Antonio Hernandez" a/k/a "Tony"**

did knowingly and intentionally combine, conspire, confederate and agree with each other, and others, both known and unknown to the Grand Jury, to distribute and to possess with intent to distribute a quantity of heroin, a Schedule I controlled substance, and quantities of methamphetamine, cocaine and N-phenyl-N-[1-(2-phenylethyl)-4 piperidinyl] propanamide ("fentanyl"), Schedule II controlled substances, and in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that, with respect to the conspiracy offense charged in Count One, 1 kilogram or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, are attributable to, and were reasonably foreseeable by **1) WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho."** Accordingly, Title 21, United States Code, Section 841(b)(1)(A) is applicable to **1) WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho."**

It is further alleged that, with respect to the conspiracy offense charged in Count One, 50 grams or more of "actual" methamphetamine, a Schedule II controlled substance, are attributable to, and were reasonably foreseeable by **1) WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho," 2) LUIS MARTIN MARTINEZ-PALMENO a/k/a "Jesus" a/k/a "Micho," 3) GERARDO AGUSTIN SALINAS-ISAIS, and 4) LEONARDO SANDOVAL-OCAMPO a/k/a "El Flaco" a/k/a "Antonio Hernandez" a/k/a "Tony."** Accordingly, Title 21, United States Code, Section 841(b)(1)(A) is applicable to **1) WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho," 2) LUIS MARTIN MARTINEZ-PALMENO a/k/a "Jesus" a/k/a "Micho," 3) GERARDO AGUSTIN SALINAS-ISAIS, and 4) LEONARDO SANDOVAL-OCAMPO a/k/a "El Flaco" a/k/a "Antonio Hernandez" a/k/a "Tony."**

It is further alleged that, with respect to the conspiracy offense charged in Count One, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, are attributable to, and were reasonably foreseeable by **1) WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho."** Accordingly, Title 21, United States Code, Section 841(b)(1)(A) is applicable to **1) WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho."**

It is further alleged that, with respect to the conspiracy offense charged in Count One, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, are attributable to, and were reasonably foreseeable by **3) GERARDO AGUSTIN SALINAS-ISAIS**. Accordingly, Title 21, United States Code, Section 841(b)(1)(C) is applicable to **3) GERARDO AGUSTIN SALINAS-ISAIS**.

It is further alleged that, with respect to the conspiracy offense charged in Count One, a quantity of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, are attributable to, and were reasonably foreseeable by **1) WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho" and 4) LEONARDO SANDOVAL-OCAMPO a/k/a "El Flaco" a/k/a "Antonio Hernandez" a/k/a "Tony."** Accordingly, Title 21, United States Code, Section 841(b)(1)(C) is applicable to **1) WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho" and 4) LEONARDO SANDOVAL-OCAMPO a/k/a "El Flaco" a/k/a "Antonio Hernandez" a/k/a "Tony."**

In violation of Title 21, United States Code, Section 846.

**Prior Conviction Pursuant to Title 21, United States Code, Sections 841(b)(1)(A) and 851**

Before **1) WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho"** committed the offense charged in Count One, **1) WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho"** had a final conviction for a serious drug felony offense, a conviction in the District of South Carolina for Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance, in violation of 21 U.S.C. § 846 for which **1) WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho"** served a term of imprisonment of more than 12 months and for which **1) WBLESTER HERNANDEZ-SANCHEZ's a/k/a "W's" a/k/a "Cocho's"** release from any term of imprisonment was within 15 years of the commencement of the offense charged in Count One.

## COUNT TWO
*(Distribution of Methamphetamine)*

On or about February 13, 2023, in Mecklenburg County, within the Western District of North Carolina, and elsewhere,

**1) WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho"**
**2) LUIS MARTIN MARTINEZ-PALMENO a/k/a "Jesus" a/k/a "Micho"**

aiding and abetting each other and other persons, known and unknown to the Grand Jury, did knowingly and intentionally distribute a quantity of methamphetamine, a Schedule II controlled substance.

1. Said offense involved at least 50 grams of "actual" methamphetamine.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18 United States Code, Section 2.

**Prior Conviction Pursuant to Title 21, United States Code, Sections 841(b)(1)(A) and 851**

Before **1) WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho"** committed the offense charged in Count Two **1) WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho"** had a final conviction for a serious drug felony offense, a conviction in the District of South Carolina for Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance, in violation of 21 U.S.C. § 846 for which **1) WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho"** served a term of imprisonment of more than 12 months and for which **1) WBLESTER HERNANDEZ-SANCHEZ's a/k/a "W's" a/k/a "Cocho's"** release from any term of imprisonment was within 15 years of the commencement of the offense charged in Count Two.

## COUNT THREE
*(Distribution of Methamphetamine)*

On or about April 19, 2023, in Mecklenburg County, within the Western District of North Carolina, and elsewhere,

**1) WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho"
3) GERARDO AGUSTIN SALINAS-ISAIS**

aiding and abetting each other and other persons, known and unknown to the Grand Jury, did knowingly and intentionally distribute a quantity of methamphetamine, a Schedule II controlled substance.

1. Said offense involved at least 50 grams of "actual" methamphetamine.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18 United States Code, Section 2.

**Prior Conviction Pursuant to Title 21, United States Code, Sections 841(b)(1)(A) and 851**

Before **1) WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho"** committed the offense charged in Count Three, **1) WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho"** had a final conviction for a serious drug felony offense, a conviction in the District of South Carolina for Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance, in violation of 21 U.S.C. § 846 for which **1) WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho"** served a term of imprisonment of more than 12 months and for which **1) WBLESTER HERNANDEZ-SANCHEZ's a/k/a "W's" a/k/a "Cocho's"** release from any term of imprisonment was within 15 years of the commencement of the offense charged in Count Three.

## COUNT FOUR
*(Distribution of Methamphetamine)*

On or about May 13, 2023, in Gaston County, within the Western District of North Carolina, and elsewhere,

**1) WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho"**

aiding and abetting others known and unknown to the Grand Jury, did knowingly and intentionally distribute a quantity of methamphetamine, a Schedule II controlled substance.

1. Said offense involved at least 50 grams of "actual" methamphetamine.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), and Title 18 United States Code, Section 2.

**Prior Conviction Pursuant to Title 21, United States Code, Sections 841(b)(1)(A) and 851**

Before **1) WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho"** committed the offense charged in Count Four, **1) WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho"** had a final conviction for a serious drug felony offense, a conviction in the District of South Carolina for Conspiracy to Possess with Intent to Distribute and to Distribute a Controlled Substance, in violation of 21 U.S.C. § 846 for which **1) WBLESTER HERNANDEZ-SANCHEZ a/k/a "W" a/k/a "Cocho"** served a term of imprisonment of more than 12 months and for which **1) WBLESTER HERNANDEZ-SANCHEZ's a/k/a "W's" a/k/a "Cocho's"** release from any term of imprisonment was within 15 years of the commencement of the offense charged in Count Four.

## COUNT FIVE
*(Possession with Intent to Distribute Methamphetamine and Cocaine)*

On or about May 27, 2023, in Gaston County, within the Western District of North Carolina,

### 3) GERARDO AGUSTIN SALINAS-ISAIS

did knowingly and intentionally possess with intent to distribute quantities of methamphetamine and cocaine, both Schedule II controlled substances.

1. Said offense involved at least 50 grams of "actual" methamphetamine.

2. Said offense involved a quantity of a mixture and substance containing a detectable amount of cocaine.

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A) and (b)(1)(C).

## NOTICE OF FORFEITURE

Notice is hereby given of 21 U.S.C. § 853. The following property is subject to forfeiture in accordance with Section 853:

a. All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b. All property used or intended to be used in any manner or part to commit or facilitate such violations; and

c. If, as set forth in 21 U.S.C. § 853(p), any property described in (a) or (b) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court,

5

has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendants to the extent of the value of the property described in (a) and (b).

A TRUE BILL:

_____
FOREPERSON

DENA J. KING
UNITED STATES ATTORNEY

_____
THOMAS KENT
ASSISTANT UNITED STATES ATTORNEY